IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL OSBORNE,

     Plaintiff,

                                   CASE NO.:  8:15-CV-2011-SDM-AEP

-vs-

SANTANDER CONSUMER USA, INC.,

     Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

     Plaintiffs, Michael Osborne, by and through the undersigned counsel, hereby notify the Court that the parties have reached a settlement of this matter and this action. As soon as the settlement paperwork is completed, a joint stipulation of dismissal with prejudice will be filed.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record through the CM/ECF filing system on this 6th day of January, 2016.


                                  /s/ Tav Gomez
                                  Octavio "Tav"  Gomez, Esquire
                                  Morgan & Morgan, Tampa,  P.A.
                                  One Tampa City Center
                                  201 N. Franklin Street, 7th Floor
                                  Tampa, FL 33602
                                  Tele:  (813) 223-5505
                                  Fax:  (813) 223-5402
                                  Florida Bar #:  0338620
                                  Attorney for Plaintiff